Exhibit "A"

 Wolters Kluwer

## Service of Process Transmittal Summary

**TO:**  General Counsel
Victoria's Secret Stores, Inc.
4 LIMITED PKWY E
REYNOLDSBURG, OH 43068-5300

**RE:**  **Process Served in New York**

**FOR:**  Victoria's Secret Stores, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CHANEL MATA // To: Victoria's Secret Stores, LLC |
| **CASE #:** | 8043222026E |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 04/14/2026 |
| **JURISDICTION SERVED:** | New York |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification, General Counsel  generalcounselvs@victoria.com |
| | Email Notification, Sharon Carlton  scarlton@victoria.com |
| | Email Notification, Lisa Brainard-Bitzel  lbrainard@victoria.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 28 Liberty Street |
| | New York, NY 10005 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



DOS 470 (Rev. 10/09)
DEPARTMENT OF STATE
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested

USPS CERTIFIED MAIL

9214 8969 0059 7932 2698 71

202604070185
C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK NY 10005, USA

## STATE OF NEW YORK
# DEPARTMENT OF STATE
One Commerce Plaza
99 Washington Avenue
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

WALTER T. MOSLEY
SECRETARY OF STATE

April 07, 2026

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK NY 10005, USA

| | |
|---|---|
| RE: Party Served: | VICTORIA'S SECRET STORES, LLC |
| Plaintiff/Petitioner: | CHANEL MATA |
| Receipt Number: | 202604070185 |
| Date Served: | 03/24/2026 |
| Section of Law: | SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Recently enacted legislation permits process to be served electronically on the Secretary of State as agent of a domestic or authorized foreign corporation, limited liability company, limited partnership, limited liability partnership, general association or condominium board, provided such entity has provided the Department of State with an email address for electronic service of process notification.

If the above named party has not already done so, it may provide the Department of State with an email address to which the Department will email a notice of the fact that process against such party has been electronically served upon the Secretary of State. A copy of any process served electronically will be made available to the party served through the Department's Electronic Service of Process webpage. Entities may provide the Department with an email address through the amendment procedure permitted by the law for such entity.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** BRONX

-------------------------------------------------------------X

CHANEL MATA

Plaintiff/Petitioner,

- against -                                    Index No. 80432212026E

VICTORIA SECRET STORES, LLC,

Defendant/Respondent.

-------------------------------------------------------------X

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically

  - free access to view and print your e-filed documents

  - limiting your number of trips to the courthouse

  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: March 8, 2026

Paul J. Campson
Name
Campson & Campson

Firm Name

399 Knollwood Road, Suite 207
Address

White Plains, New York 10603

212-302-1180
Phone

Campsonlaw@gmail.com
E-Mail

To:    DEFENDANT

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM

NYSCEF DOC. NO. 1

INDEX NO. 804322/2026E

RECEIVED NYSCEF: 03/08/2026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------------X
CHANEL MATA,

                           Plaintiff,

                -against-

VICTORIA SECRET STORES, LLC.,

                       Defendants.
-------------------------------------------------------------------------X

Index Number

SUMMONS

Plaintiff designates
Bronx County as
the place of trial

The basis of venue is
CPLR 503(a)

**TO THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the verified complaint in this action and to

serve a copy of your verified answer, or, if the complaint is not served with this summons, to

serve a notice of appearance on the attorneys for the plaintiff within 20 days after the service of

this summons, exclusive of the days of service (or within 30 days after service is complete if this

summons is not personally delivered to you within the State of New York). In case of your

failure to appear or answer, judgment will be taken against you by default for the relief

demanded in the complaint. Bronx County is designated as the place of trial pursuant to CPLR §

503(a).

DATED:     White Plains, New York
              March 8, 2026

                             CAMPSON & CAMPSON
                             */s/ Paul J. Campson*
                             Paul J. Campson
                             Attorneys for Plaintiff
                             399 Knollwood Road, Suite 207
                             White Plains, New York 10603
                             212-302-1180

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM

NYSCEF DOC. NO. 1

INDEX NO. 804322/2026E

RECEIVED NYSCEF: 03/08/2026

To:
VICTORIA SECRETS STORES, LLC.
200 Baychester Avenue
Space 157-137
Bronx, New York 10475

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM

INDEX NO. 804322/2026E

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM

NYSCEF DOC. NO. 1

INDEX NO. 804322/2026E

RECEIVED NYSCEF: 03/08/2026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------------------X     Index Number

CHANEL MATA,

                              Plaintiff,                              VERIFIED
                                                                     COMPLAINT

        -against-

VICTORIA SECRET STORES LLC.,

                              Defendants.

-------------------------------------------------------------------X

Plaintiff, by her attorneys, CAMPSON & CAMPSON, alleges the following, as and for his Verified Complaint:

1.    That at all times hereinafter mentioned, the Plaintiff was and still is a resident of the County of Westchester and State of New York.

2.    That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, was and still is a foreign limited liability company duly organized and existing under and by virtue of the Laws of the State of New York.

3.    That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, was and still is a foreign limited liability company duly authorized to do business within the State of New York.

4.    That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC., was and still is a business entity doing business within the State of New York.

5.    That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC., was the owner of a certain store located at the Bay Plaza Mall, 200 Baychester Avenue, Bronx, New York 10475.

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM    INDEX NO. 804322/2026E

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 03/08/2026

6.      That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, was the lessee of a certain store property located at the Bay Plaza Mall, 200 Baychester Avenue, Bronx, New York 10475.

7.      That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, was a tenant that occupied the store located at the Bay Plaza Mall, 200 Baychester Avenue, Bronx, New York 10475.

8.      That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, maintained the interior of the store.

9.      That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, managed the interior of the store.

10.      That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, controlled the interior of the store.

11.      That at all times hereinafter mentioned, the Defendant, VICTORIA'S SECRET STORES, LLC, operated the interior of the store.

12.      That on or about the 25th day of May, 2025, this Plaintiff, a customer lawfully inside the store, was caused to be injured when a sign fell off the shelf hitting the Plaintiff, thereby sustaining severe and serious personal injuries.

13.      The negligent, wanton, reckless and careless acts of the Defendants, their agents, servants, and/or employees were a cause of the accident and resultant injuries.

14.      That the Defendant, its agents, servants, and/or employees were negligent, wanton, reckless and careless in allowing, causing and/or permitting a dangerous, hazardous, and/or unsafe conditions to be and remain upon the shelves in placing signs that could fall onto the patrons of its store so as to constitute a nuisance, menace, and danger to its lawful customers; in allowing, causing and/or permitting a heavy metal sign upon the shelves where clothes are hung and/or unsafe condition to exist within its store; in failing to post warning signs; in failing to prevent the signs to fall

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM
NYSCEF DOC. NO. 1

INDEX NO. 804322/2026E
RECEIVED NYSCEF: 03/08/2026

off the shelves; in failing to adhere the signs the shelves; in failing to inspect the signs where the invitee shoppers were reasonably expected to be shopping; in acting with reckless disregard for the safety of others; in failing to inspect the aforesaid premises; in failing to remedy a known dangerous condition; in negligently hiring employees or contractors; in negligently retaining employees or contractors; in negligently training employees or contractors; in failing to properly supervise; in failing to adopt and/or implement proper policies, procedures and protocols; in failing to follow proper and adequate policies, procedures and protocols to ensure the proper and adequate supervision of its employees; and the Defendants, its agents, servants and/or employees was in other ways negligent, wanton, reckless and careless.

15.    That the Defendants, its agents, servants, and/or employees had actual and/or constructive notice of the dangerous and/or defective condition in that the condition existed for a sufficient length of time prior to the happening of the incident and in the exercise of reasonable care, the Defendant could have and should have had knowledge and notice thereof. Furthermore, the Defendants, its agents, servants and/or employees created said condition.

16.    The limited liability provisions of CPLR 1601 do not apply pursuant to the exceptions of CPLR 1602, including, but not limited to, 1602(2)(iv), 1602(7) and 1602(11).

17.    That by reason of the foregoing, this Plaintiff was caused to sustain severe and serious personal injuries to her mind and body, some of which, upon information and belief, are permanent with permanent effects of pain, disability, disfigurement and loss of body function. Further, this Plaintiff was caused to expend and become obligated for

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM

NYSCEF DOC. NO. 1

INDEX NO. 804322/2026E

RECEIVED NYSCEF: 03/08/2026

diverse sums of money for the purpose of obtaining medical care and/or cure in an effort to alleviate the suffering and ills sustained as a result of this accident. In addition, the Plaintiff was caused to lose substantial periods of time from her normal vocation and activities which, upon information and belief, may continue into the future causing the Plaintiff to suffer similar losses.

18.    That by reason of the foregoing, this Plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction of this matter.

WHEREFORE, Plaintiff, CHANEL MATA, demands judgment against the Defendants as in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction in this matter, together with the costs and disbursements of this action.

Dated: White Plains, New York
       March 8, 2026

CAMPSON & CAMPSON
/s/ Paul J. Campson
Paul J. Campson
Attorneys for Plaintiff
399 Knollwood Road, Suite 207
White Plains, New York 10603
212-302-1180

FILED: BRONX COUNTY CLERK 03/08/2026 04:12 PM

NYSCEF DOC. NO. 1

INDEX NO. 804322/2026E

RECEIVED NYSCEF: 03/08/2026

## ATTORNEY'S VERIFICATION BY AFFIRMATION

STATE OF NEW YORK          )
                           ss:
COUNTY OF WESTCHESTER      )

I, the undersigned, am an attorney admitted to practice in the Courts of New York State, and say that:

I, Paul J. Campson, am the attorney of record, or of counsel with the attorneys of record, for claimant(s). I have read the annexed COMPLAINT, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following:

The file maintained in my office and investigation as to the matter.

The reason I make this affirmation instead of plaintiff is that your deponent maintains its office outside the county where the claimant is currently residing.

I affirm that the foregoing statements are true under penalties of perjury.

Dated:  White Plains , NY
         March 8 2026

                              /s/ Paul J. Campson
                              PAUL J. CAMPSON