USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                          :
CHANEL MATA,                                              :
                                                          :
                                                          :
                                        Plaintiff,        :
                                                          :
                        -against-                         :                1:26-cv-5210-GHW
                                                          :
VICTORIA'S SECRET STORES, LLC,                            :                ORDER
                                                          :
                                        Defendant.        :
                                                          :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of

Bronx, on June 22, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to

demand a jury trial in this matter, the demand must be served and filed no later than July 6, 2026.

Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.

Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of

service.

        SO ORDERED.

Dated:  June 24, 2026
        New York, New York                    _____
                                                     GREGORY H. WOODS
                                                   United States District Judge