USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CHANEL MATA,

Plaintiff,

-v-

VICTORIA'S SECRET STORES, LLC,

Defendant.

---------------------------------------------------------------- X

1:26-cv-5210-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 3, 2026, the parties in this case filed a stipulated confidentiality agreement and protective order. Dkt. No. 13. The Court declines to act on the parties' submission. Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases specifies that the parties must either certify that their proposed order does not deviate from the Court's Model Protective Order or provide a blackline showing any changes. The Court expects that any future joint motion for a protective order will fully comply with the Court's Individual Rules.

SO ORDERED.

Dated: August 3, 2026

GREGORY H. WOODS
United States District Judge